UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE: SAINT VINCENT'S CATHOLIC MEDICAL CENTER OF NY

CASE NO.: 05-14945 (ASH)
CHAPTER: 11

**NOTICE OF APPEAL**

DARLENE LARNEY as Administratrix of The Estate of DANIEL LARNEY, deceased, and DARLENE LARNEY, individually, the Plaintiffs, appeal from the order of the bankruptcy judge denying plaintiffs' motion extending their time to file a proof of claim.

The name of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| MICHAEL T. ALTMAN, ESQ.<br>TROLMAN, GLASER & LICHTMAN, P.C.<br>777 Third Avenue<br>New York, New York 10017<br>(212)750-1200<br>Our File No:05273105 | ANDREW M. TROOP, ESQ.<br>CADWALADER WICKERSHAM &<br>TAFT, LLP<br>One World Financial Center<br>New York, NY 10281<br>(212)504-6000 |

Dated:   New York, New York
         September 5, 2007

Signed: _____

Attorney Name:   MICHAEL T. ALTMAN
                 TROLMAN, GLASER & LICHTMAN, P.C.

Address:         777 Third Avenue
                 New York, New York 10017

Telephone:       (212)750-1200