TROLMAN, GLASER & LICHTMAN, P.C.
777 Third Avenue
New York, New York 10017
(212)750-1200
Fax: (212)980-4011
MICHAEL T. ALTMAN, ESQ.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------X
In re:

SAINT VINCENT'S CATHOLIC MEDICAL         Chapter 11
CENTERS OF NEW YORK and ST. VINCENT'S    Case No. 05-14945 (ASH)
MEDICAL CENTER OF RICHMOND,

                                         (Jointly Administered)
                         Debtors.
------------------------------------------X

### DESIGNATION OF ITEMS TO BE INCLUDED ON THE RECORD ON APPEAL

1. Motion to file Late Proof of Claim with supporting papers. Previously filed on EM/ECF system. Filed July 12, 2007. Docket 3326.

2. Omnibus Debtor's Objection to the Motion to Lift Stay in Larney *et al.*, including an Objection for Failure to Timely file a Proof of Claim. Previously filed on EM/ECF system. Filed July 17, 2007. Docket # 3385.

3. Reply Affirmation in support of Motion with annexed Affirmation of Darlene Larney. Previously filed on EM/ECF system. Filed August 9, 2007. Docket No. 3561

4. Order denying Larney's motion to be allowed to file a late Proof of Claim. Previously filed on EM/ECF system. Filed August 29, 2007. Docket # 3626.

## QUESTIONS PRESENTED

1. Whether the mode chosen to deliver "notice" in the form of the Bar Date Notice by publication alone, was reasonable and sufficient?

2. Whether Larney's inability to timely file a Proof of Claim, under the circumstances presented, constitutes "excusable neglect," sufficient to require allowing the filing of a late Proof of Claim?

Dated:   New York, New York
         September 10, 2007

                                        _____
                                        MICHAEL T. ALTMAN
                                        (MA-2935)

## AFFIDAVIT OF SERVICE

BETTY VIDAURRE, being duly sworn, deposes and says:

Deponent is not a party to the action, is over the age of 18 years and resides at Queens, New York.

That on the 10th day of September, 2007, deponent served the within **DESIGNATION OF ITEMS TO BE INCLUDED ON THE RECORD ON APPEAL** upon the following, at the addresses designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service, within the State of New York:

ANDREW M. TROOP, ESQ.,
CADWALADER WICKERSHAM & TAFT, LLP.,
One World Financial Center
New York, NY 10218

_____
BETTY VIDAURRE

Sworn to before me this
10th day of September, 2007.

_____
NOTARY PUBLIC

ALEXANDRA SCHEPIS
Commissioner of Deeds
City of New York-No. 4-4383
Certificate Filed in Queens County
Commission Expires September 1, 20_08_