CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
John J. Rapisardi, Esq. (JR 7781)

Attorneys for the Appellees

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| In re<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-14945 (ASH) |
| DARLENE LARNEY, as Administratrix of the estate of DANIEL LARNEY, deceased, and DARLENE LARNEY, individually,<br><br>Appellants,<br><br>v.<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>Appellees. | Case No. 07-cv-8778 (LAK) |

### MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John J. Rapisardi, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

        Applicant's Name:    Andrew M. Troop
        Firm Name:    Cadwalader, Wickersham & Taft LLP
        Address:    One World Financial Center
        City/State/Zip:    New York, New York 10281

USActive 10374256.5

Phone Number:    (212) 504-6000
Fax Number:      (212) 504-6666

Mr. Troop is a member in good standing of the Bar of the Commonwealth of Massachusetts, the Bar of the United States District Court for the District of Massachusetts, and the Bar of the United States Court of Appeals for the First Circuit. There are no pending disciplinary proceeding against Mr. Troop in any State or Federal court. Mr. Troop agrees to pay the fee of $25.00 upon entry of an order admitting him to practice pro hac vice in the above-captioned matter.

A proposed order granting the admission of Mr. Troop, pro hac vice, is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Andrew M. Troop, pro hac vice, to represent Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, et al. in the above-captioned matter, be granted.

Dated:  October 31, 2007
        New York, New York

> Respectfully Submitted,
>
> *[signature]*
>
> John J. Rapisardi (JR 7781)
> CADWALADER, WICKERSHAM & TAFT LLP
> One World Financial Center
> New York, New York 10281
> Telephone: (212) 504-6000
> Telephone: (212) 504-6666
>
> Attorneys for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, *et al.*, Appellees.

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-14945 (ASH) |
| DARLENE LARNEY, as Administratrix of the estate of DANIEL LARNEY, deceased, and DARLENE LARNEY, individually,<br><br>Appellants,<br><br>v.<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>Appellees. | Case No. 07-cv-8778 (LAK) |

### ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE

Upon the motion of John J. Rapisardi, attorney for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, et al. ("Appellees") and said sponsor attorney's affidavit in support; it is hereby

ORDERED that

    Applicant's Name:    Andrew M. Troop
    Firm Name:    Cadwalader, Wickersham & Taft LLP
    Address:    One World Financial Center
    City/State/Zip:    New York, New York 10281
    Phone Number:    (212) 504-6000
    Fax Number:    (212) 504-6666

is admitted to practice pro hac vice as counsel for Appellees in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing

2

before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court upon entry of this Order.

Dated: _____, 2007
         New York, New York

                                    _____
                                    United States District/Magistrate Judge

CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
John J. Rapisardi, Esq. (JR 7781)

Attorneys for the Appellees

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-14945 (ASH) |
| DARLENE LARNEY, as Administratrix of the estate of DANIEL LARNEY, deceased, and DARLENE LARNEY, individually,<br><br>Appellants,<br><br>v.<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>Appellees. | Case No. 07-cv-8778 (LAK) |

**AFFIDAVIT OF JOHN J. RAPISARDI IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL PRO HAC VICE**

John J. Rapisardi, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Cadwalader, Wickersham & Taft LLP, counsel for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, et al. ("Appellees") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth

USActive 10374256.5

   herein and in support of my motion to admit Andrew M. Troop as counsel pro hac vice to represent Appellees in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Troop since April 2003.

4. Mr. Troop is a partner at Cadwalader, Wickersham & Taft LLP, in New York, New York.

5. I have found Mr. Troop to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mr. Troop, pro hac vice.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  October 31, 2007
        New York, New York

                                            Respectfully Submitted,

                                            _____
                                            John J. Rapisardi (JR 7781)

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eighteenth** day of **December** A.D. **1985**, said Court being the highest Court of Record in said Commonwealth:

## Andrew M. Troop

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **seventeenth** day of **October** in the year of our Lord **two thousand and seven**.

*(signature)*
MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

**DISTRICT OF**     MASSACHUSETTS

**CERTIFICATE OF GOOD STANDING**

I,     Sarah A. Thornton     , *Clerk of this Court,*

*certify that*     **Andrew M. Troop**     , *Bar #*     547179     ,

*was duly admitted to practice in this Court on*

    January 21, 1986     , *and is in good standing*
          *DATE*

*as a member of the Bar of this Court.*

*Dated at*     Boston, Massachusetts     *on*     October 18, 2007     .
          *LOCATION*                        *DATE*

**Sarah A. Thornton**            *[signature]*
*CLERK*                             *DEPUTY CLERK*



# United States Court of Appeals

## For the First Circuit

## Certificate of Good Standing

I, Richard Cushing Donovan, Clerk of the United States Court of Appeals for the First Circuit, do hereby certify that **Andrew Troop** was on the twenty-ninth day of September, in the year of our Lord, two thousand and five, admitted to practice as an Attorney and Counsellor for the United States Court of Appeals for the First Circuit, and that said Attorney has ever since been in good standing.

**In Testimony Whereof,** Thereunto subscribe my name and affix the seal of the United States Court of Appeals for the First Circuit, this seventeenth day of October in the year of our Lord two thousand and seven.



Richard C Donovan
Clerk of the United States Court of Appeals for the First Circuit

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 05-14945 (ASH) |
| DARLENE LARNEY, as Administratrix of the estate of DANIEL LARNEY, deceased, and DARLENE LARNEY, individually,<br><br>                              Appellants,<br><br>v.<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>                              Appellees. | Case No. 07-cv-8778 (LAK) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
                      : SS
COUNTY OF NEW YORK:

      DOREEN CUSUMANO, being duly sworn, deposes and says:

      1. I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281.

      2. On the 31st day of October 2007, I caused to be served a true and correct copy of the:

- **Motion To Admit Counsel Pro Hac Vice**

USActive 10825417.1

-2-

via Federal Express and electronic mail to the party on the attached service list.

DOREEN CUSUMANO

Sworn to before me this
31st day of October, 2007

Notary Public

Agnes Wysoczanski
Notary Public, State of New York
No. 01WY6121473
Qualified in Richmond County
Commission Expires January 18, 2009

-3-

## SERVICE LIST

Robert B. Jackson, Esq.
Trolman, Glaser & Lichtman, P.C.
777 Third Avenue
New York, New York 10017
info@tgllaw.com