

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>                                   Debtors. | Chapter 11<br><br>Case No. 05-14945 (ASH) |
| DARLENE LARNEY, as Administratrix of the estate of DANIEL LARNEY, deceased, and DARLENE LARNEY, individually,<br><br>                                   Appellants,<br><br>v.<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>                                   Appellees. | (AKH)<br>Case No. 07-cv-8778 (~~LAK~~) |

### ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE

Upon the motion of John J. Rapisardi, attorney for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, et al. ("Appellees") and said sponsor attorney's affidavit in support; it is hereby

ORDERED that

|     |     |
|---|---|
| Applicant's Name: | Andrew M. Troop |
| Firm Name: | Cadwalader, Wickersham & Taft LLP |
| Address: | One World Financial Center |
| City/State/Zip: | New York, New York 10281 |
| Phone Number: | (212) 504-6000 |
| Fax Number: | (212) 504-6666 |

is admitted to practice pro hac vice as counsel for Appellees in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing

USActive 10374256.5

before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court upon entry of this Order.

Dated: \_\_\_11/19\_\_\_, 2007
New York, New York

United States District/Magistrate Judge