CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
Deryck A. Palmer, Esq. (DAP 6351)
John J. Rapisardi, Esq. (JR 7781)

Attorneys for Appellees

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 05-14945 (ASH) |
| DARLENE LARNEY, as Administratrix of the estate of DANIEL LARNEY, deceased, and DARLENE LARNEY, individually,<br><br>                              Appellants,<br><br>                        v.<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>                              Appellees. | (AKH)<br>Case No. 07-cv-8778 |

**SCHEDULING STIPULATION AND ORDER WITH RESPECT TO THE
APPEAL OF DARLENE LARNEY AS ADMINISTRATRIX OF THE
ESTATE OF DANIEL LARNEY, AND DARLENE LARNEY
INDIVIDUALLY, TO THE BANKRUPTCY COURT'S ORDER DENYING
MOTION TO FILE LATE PROOF OF CLAIM**

This scheduling stipulation and order is entered between Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers ("SVCMC") and its affiliated debtors (collectively with SVCMC, the "Debtors" or "Appellees") and Darlene Larney

USActive 10709009.3

as Administratrix of the estate of Daniel Larney and Darlene Larney individually ("Appellants"), with respect to Appellants' appeal (the "Appeal") of the order of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") dated August 29, 2007 (the "Order") denying Appellants' motion to file a late proof of claim in SVCMC's chapter 11 case (the "Motion to File Late Claim").

WHEREAS, on July 5, 2005, the Debtors filed their voluntary petitions for relief under chapter 11, title 11, United State Code, 11 U.S.C. §§ 101 et seq. in the Bankruptcy Court under the jointly administered case number 05-14945.

WHEREAS, on July 2, 2007, Appellants filed the Motion to File Late Claim in the Bankruptcy Court. See Docket No. 3326.

WHEREAS, on July 17, 2007, the Debtors filed an objection to Appellants' Motion to File Late Claim (the "Objection"). See Docket No. 3385.

WHEREAS, on August 29, 2007, the Bankruptcy Court entered the Order denying Appellants' Motion to File Late Claim. See Docket No. 3626.

WHEREAS, Appellants subsequently filed the Appeal, which was docketed on October 11, 2007.

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED, by and among Appellants and Appellees that the schedule for the filing of briefs in the Appeal should be conducted as follows:

1. Appellants shall file their brief on or before November 26, 2007.

2. Appellees shall file their brief on or before December 17, 2007.

3. Appellants shall file their reply brief, if any, on or before December 27, 2007.

4.  Subject to the Court's schedule, the initial hearing on the Appeal will be held on ~~January 14, 2008~~ a date to be assigned. *[handwritten initials]*

Dated:   November 2, 2007
         New York, New York

CADWALADER, WICKERSHAM & TAFT LLP        TROLMAN, GLASER, LICHTMAN, P.C.

By: /s/                                  By: _____
Deryck A. Palmer, Esq. (DAP 6351)        Michael T. Altman (MA 2935)
John J. Rapisardi, Esq. (JR 7781)        777 Third Avenue
One World Financial Center               New York, New York 10017
New York, New York 10281                 Telephone: (212) 750-1200
Telephone: (212) 504-6000
Facsimile: (212) 504-6666                Attorneys for Appellants

Attorneys for Appellees

SO ORDERED this 19 day of Nov, 2007

_____
United States District/~~Magistrate~~ Judge

4.  Subject to the Court's schedule, the initial hearing on the Appeal will be held on ~~January 14, 2008~~ *a date to be assigned*.

Dated:   November 2, 2007
         New York, New York

| | |
|---|---|
| **CADWALADER, WICKERSHAM & TAFT LLP** | **TROLMAN, GLASER, LICHTMAN, P.C.** |
| By: _____ | By: /s/ *[signature]* |
| Deryck A. Palmer, Esq. (DAP 6351) | Michael T. Altman (MA 2935) |
| John J. Rapisardi, Esq. (JR 7781) | 777 Third Avenue |
| One World Financial Center | New York, New York 10017 |
| New York, New York 10281 | Telephone: (212) 750-1200 |
| Telephone: (212) 504-6000 | |
| Facsimile: (212) 504-6666 | Attorneys for Appellants |
| Attorneys for Appellees | |

SO ORDERED this ____ day of
_____, 2007

_____
United States District/~~Magistrate~~ Judge