UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
In re                                                   :
                                                        :
SAINT VINCENTS CATHOLIC MEDICAL                         :   Chapter 11
CENTERS OF NEW YORK d/b/a SAINT VINCENT                 :   Case No. 05-14945 (ASH)
CATHOLIC MEDICAL CENTERS, et al.,                       :
                                                        :   (Jointly Administered)
                    Debtors.                            :
                                                        :
------------------------------------------------------- x

## ORDER DENYING THE MOTION OF DARLENE LARNEY, AS ADMINISTRATRIX OF THE ESTATE OF DANIEL LARNEY, NOW DECEASED, AND DARLENE LARNEY, INDIVIDUALLY FOR AN EXTENSION OF THE TIME TO FILE A PROOF OF CLAIM

Upon the motion filed with this Court on July 2, 2007 (the "Motion") of Darlene Larney, as administratrix of the estate of Daniel Larney, now deceased, and Darlene Larney, individually (together, "Larney") for entry of an order pursuant to Rules 3003 and 9006 of the Federal Rules of Bankruptcy Procedure extending the time within which parties may file proofs of claim in order to allow Larney to file a proof of claim in the chapter 11 cases of Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers and its affiliated debtors (collectively, the "Debtors"), all as more fully described in the Motion; and upon the objection by the Debtors to the Motion (the "Objection"), filed with this Court on July 17, 2007, and the reply affidavit to the Objection (the "Reply") filed by Larney on August 9, 2007; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion, the Objection and the Reply having been given in accordance with the applicable Bankruptcy Rules and Local Bankruptcy Rules of this Court, and it appearing that no other or further notice of the

USActive 10030980.1