CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile:   (212) 504-6666
John J. Rapisardi, Esq. (JR 7781)

Attorneys for the Appellees

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>         Debtors. | Chapter 11<br><br>Case No. 05-14945 (ASH) |
| DARLENE LARNEY, as Administratrix of the estate of DANIEL LARNEY, deceased, and DARLENE LARNEY, individually,<br><br>         Appellants,<br><br>    v.<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>         Appellees. | Case No. 07-cv-8778 (AKH) |

<u>**MOTION TO ADMIT COUNSEL PRO HAC VICE**</u>

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John J. Rapisardi, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Christopher R. Mirick |
| Firm Name: | Cadwalader, Wickersham & Taft LLP |
| Address: | One World Financial Center |
| City/State/Zip: | New York, New York 10281 |

| Phone Number: | (212) 504-6000 |
| Fax Number: | (212) 504-6666 |

Mr. Mirick is a member in good standing of the Bar of the Commonwealth of Massachusetts, the Bar of the United States District Court for the District of Massachusetts, and the Bar of the United States Court of Appeals for the First Circuit. There are no pending disciplinary proceeding against Mr. Mirick in any State or Federal court. Mr. Mirick agrees to pay the fee of $25.00 upon entry of an order admitting him to practice pro hac vice in the above-captioned matter.

A proposed order granting the admission of Mr. Mirick, pro hac vice, is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Christopher R. Mirick, pro hac vice, to represent Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, et al. in the above-captioned matter, be granted.

Dated:  November 28, 2007
        New York, New York

Respectfully Submitted,

John J. Rapisardi (JR 7781)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Telephone: (212) 504-6666

Attorneys for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, et al., Appellees.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*, | Case No. 05-14945 (ASH) |
| Debtors. | |
| DARLENE LARNEY, as Administratrix of the estate of DANIEL LARNEY, deceased, and DARLENE LARNEY, individually, | |
| Appellants, | Case No. 07-cv-8778 (AKH) |
| v. | |
| SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*, | |
| Appellees. | |

## ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE

Upon the motion of John J. Rapisardi, attorney for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, et al. ("Appellees") and said sponsor attorney's affidavit in support; it is hereby

ORDERED that

| | |
|---|---|
| Applicant's Name: | Christopher R. Mirick |
| Firm Name: | Cadwalader, Wickersham & Taft LLP |
| Address: | One World Financial Center |
| City/State/Zip: | New York, New York 10281 |
| Phone Number: | (212) 504-6000 |
| Fax Number: | (212) 504-6666 |

is admitted to practice pro hac vice as counsel for Appellees in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.   If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov.   Counsel shall

forward the pro hac vice fee to the Clerk of Court upon entry of this Order.


Dated:   _____, 2007
          New York, New York


                                        _____
                                        United States District/Magistrate Judge

CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
John J. Rapisardi, Esq. (JR 7781)

Attorneys for the Appellees

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>                            Debtors. | Chapter 11<br><br>Case No. 05-14945 (ASH) |
| DARLENE LARNEY, as Administratrix of the estate of DANIEL LARNEY, deceased, and DARLENE LARNEY, individually,<br><br>                            Appellants,<br><br>       v.<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>                            Appellees. | Case No. 07-cv-8778 (AKH) |

**AFFIDAVIT OF JOHN J. RAPISARDI IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL PRO HAC VICE**

      John J. Rapisardi, being duly sworn, hereby deposes and says as follows:

1.     I am a partner at Cadwalader, Wickersham & Taft LLP, counsel for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, et al. ("Appellees") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth

Case 1:07-cv-08778-AKH   Document 9   Filed 11/29/2007   Page 6 of 12

herein and in support of my motion to admit Christopher R. Mirick as counsel pro hac vice to represent Appellees in this matter.

2.   I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1983.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.   I have known Mr. Mirick since March 2006.

4.   Mr. Mirick is a Special Counsel at Cadwalader, Wickersham & Taft LLP, in New York, New York.

5.   I have found Mr. Mirick to be a skilled attorney and a person of integrity.   He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.   Accordingly, I am pleased to move the admission of Mr. Mirick, pro hac vice.

7.   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  November 28, 2007
        New York, New York

Respectfully Submitted,

_____
John J. Rapisardi (JR 7781)

Sworn to before me this
28th day of November, 2007

_____
Notary Public

Agnes Wysoczanski
Notary Public, State of New York
No. 01WY6121473
Qualified in Richmond County
Commission Expires January 18, 2009

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **sixteenth** day of **December** A.D. **1998** , said Court being the highest Court of Record in said Commonwealth:

## Christopher R. Mirick

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixteenth** day of **November** in the year of our Lord **two thousand and seven.**

**MAURA S. DOYLE,** Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

## CERTIFICATE OF
## GOOD STANDING

I, _____ Sarah A. Thornton _____ , *Clerk of this Court,*

*certify that* **Christopher R. Mirick** , Bar # _____ 639683 _____ ,

*was duly admitted to practice in this Court on*

_____ April 9, 1999 _____ , *and is in good standing*

DATE

*as a member of the Bar of this Court.*

*Dated at* _____ Boston, Massachusetts _____ *on* November 19, 2007 .

LOCATION                          DATE



**Sarah A. Thornton** _____
CLERK                                    DEPUTY CLERK



# United States Court of Appeals

## for the
## First Circuit

---

## Certificate of Good Standing

I, Richard Cushing Donovan, Clerk of the United States Court of Appeals for the First Circuit, do hereby certify that **Christopher R. Mirick** was on the twenty-third day of April, in the year of our Lord, two thousand and one, admitted to practice as an Attorney and Counsellor for the United States Court of Appeals for the First Circuit, and that said Attorney has ever since been in good standing.

*In Testimony Whereof,* I hereunto subscribe my name and affix the seal of the United States Court of Appeals for the First Circuit, this sixteenth day of November in the year of our Lord two thousand and six.



Clerk of the United States Court of Appeals for the First Circuit

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SAINT VINCENTS CATHOLIC MEDICAL<br>CENTERS OF NEW YORK d/b/a SAINT VINCENT<br>CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 05-14945 (ASH) |
| DARLENE LARNEY, as Administratrix of the estate of<br>DANIEL LARNEY, deceased, and DARLENE LARNEY,<br>individually,<br><br>                      Appellants,<br><br>           v.<br><br>SAINT VINCENTS CATHOLIC MEDICAL<br>CENTERS OF NEW YORK d/b/a SAINT VINCENT<br>CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>                      Appellees. | Case No. 07-cv-8778 (LAK) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
                : SS
COUNTY OF NEW YORK:

        BETTY COMERRO, being duly sworn, deposes and says:

        1.  I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281.

        2.  On the 28th day of November 2007, I caused to be served a true and correct copy of the:

- **Motion To Admit Counsel Pro Hac Vice**

USActive 11114103.1

via Federal Express and electronic mail to the party on the attached service list.

BETTY COMERRO

Sworn to before me this
28th day of November, 2007

Notary Public

Agnes Wysoczanski
Notary Public, State of New York
No. 01WY6121473
Qualified in Richmond County
Commission Expires January 18, 2009

# **SERVICE LIST**

Robert B. Jackson, Esq.
Trolman, Glaser & Lichtman, P.C.
777 Third Avenue
New York, New York  10017
info@tgllaw.com