USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

SAINT VINCENTS CATHOLIC MEDICAL
CENTERS OF NEW YORK d/b/a SAINT VINCENT
CATHOLIC MEDICAL CENTERS, et al.,

                Debtors.

DARLENE LARNEY, as Administratrix of the estate of
DANIEL LARNEY, deceased, and DARLENE LARNEY,
individually,

                Appellants,

v.

SAINT VINCENTS CATHOLIC MEDICAL
CENTERS OF NEW YORK d/b/a SAINT VINCENT
CATHOLIC MEDICAL CENTERS, et al.,

                Appellees.

Chapter 11

Case No. 05-14945 (ASH)

Case No. 07-cv-8778 (AKH)

## ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE

Upon the motion of John J. Rapisardi, attorney for Saint Vincents Catholic Medical Centers of New York d/b/a Saint Vincent Catholic Medical Centers, et al. ("Appellees") and said sponsor attorney's affidavit in support; it is hereby

ORDERED that

    Applicant's Name:    Christopher R. Mirick
    Firm Name:    Cadwalader, Wickersham & Taft LLP
    Address:    One World Financial Center
    City/State/Zip:    New York, New York 10281
    Phone Number:    (212) 504-6000
    Fax Number:    (212) 504-6666

is admitted to practice pro hac vice as counsel for Appellees in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing

USActive 10940824.1

forward the pro hac vice fee to the Clerk of Court upon entry of the ...

Dated: Dec. 10, 2007
New York, New York

_____
United States District/Magistrate Judge