**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-14945 (ASH) |
| DARLENE LARNEY, as Administratrix of the estate of DANIEL LARNEY, deceased, and DARLENE LARNEY, individually,<br><br>　　　　　　　　　Appellants,<br><br>　　　　v.<br><br>SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK d/b/a SAINT VINCENT CATHOLIC MEDICAL CENTERS, *et al.*,<br><br>　　　　　　　　　Appellees. | Case No. 07-cv-8778 (AKH) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
　　　　　　　　: SS
COUNTY OF NEW YORK:

　　　　BETTY COMERRO, being duly sworn, deposes and says:

　　　　1. I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281.

　　　　2. On the 14th day of December 2007, I caused to be served a true and correct copy of the:

- **Brief of Appellees**

USActive 11295252.1

via Federal Express and electronic mail to the party on the attached service list.

_____
BETTY COMERRO

Sworn to before me this
14th day of December, 2007

_____
Notary Public

Agnes Wysoczanski
Notary Public, State of New York
No. 01WY6121473
Qualified in Richmond County
Commission Expires January 18, 2009

-3-

## SERVICE LIST

Michael T. Altman
Robert B. Jackson, Esq.
Trolman, Glaser & Lichtman, P.C.
777 Third Avenue
New York, New York  10017
info@tgllaw.com