UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re

SAINT VINCENTS CATHOLIC MEDICAL
CENTERS OF NEW YORK d/b/a SAINT
VINCENT CATHOLIC MEDICAL CENTERS, et al.,
                    Debtors.
------------------------------------------------------------X
DARLENE LARNEY, as Administratrix of the estate
of DANIEL LARNEY, deceased, and DARLENE
LARNEY, individually,

                    Appellant,                    07 **CIVIL** 8778 (AKH)

      -against-                          **JUDGMENT**

SAINT VINCENTS CATHOLIC MEDICAL
CENTERS OF NEW YORK d/b/a SAINT
VINCENT CATHOLIC MEDICAL CENTERS, et al.
                    Appellee.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

    Appellant having appealed from a Order of the United States Bankruptcy Court for the Southern District of New York, and the matter having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on February 6, 2008, having rendered its Order affirming the judgment of the bankruptcy court, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 6, 2008, the judgment of the bankruptcy court is hereby affirmed; accordingly, the case is closed.

**Dated:** New York, New York
         February 22, 2008

                                    **J. MICHAEL McMAHON**
                                      Clerk of Court
                    BY:   _____
                                      Deputy Clerk

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____